1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8

COLORADO BOAT BROKER, INC.,          CASE NO. 1:11-cv-01457-LJO-SMS

9
      Plaintiff,          ORDER re SETTLEMENT CONFERENCE

10
      v.

11
MIKE BRENDEL,

12
      Defendants.

13
_____/

14      This case is set for a Settlement Conference before Magistrate Judge Sheila K. Oberto on

15 June 12, 2012, at 10:30 a.m. at the U. S. District Court, 2500 Tulare Street, Fresno, California,

16 93721.

17      In accordance with the above,  IT IS HEREBY ORDERED that:

18      1.  **The attorneys who will try the case** shall appear at the Settlement Conference **with**

19 **the parties** and the person or persons having **full authority** to negotiate and settle the case at the

20 conference.

21      2.  The parties are to send Confidential Settlement Conference Statements (Settlement

22 Statement) to the following email address: SKOorders@caed.uscourts.gov, to arrive no later than

23 June 5, 2012.  Additionally, each party shall file a Notice of Submission of Confidential

24 Settlement Conference Statement (See L.R. 270 (d)).

25      Settlement Statements must be typed and double spaced.  Each Settlement Statement

26 should briefly summarize the core facts, allegations, defenses, and briefly outline past settlement

1

efforts including the most recent offers and/or demands.  Each Settlement Statement must also

2 include a statement of each party's expectations and goals for the Settlement Conference.  Please

3 refer to the Court's Scheduling Order for further information regarding the Settlement

4 Conference.

5 IT IS SO ORDERED.

6 **Dated:    May 16, 2012**                                       **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26