Robert L. Patch II, #51308
Jay M. Kelly, #272061
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
M:\19716\Pleading\Answer.wpd.:cm

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| COLORADO BOAT BROKER, INC., D/B/A COLORADO BOAT CENTER,<br><br>Plaintiff,<br><br>v.<br><br>MIKE BRENDEL, D/B/A MB SPORTS,<br><br>Defendants. | Case No. 1:11-CV-01457-LJO-SKO<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE HEARING; AND ORDER THEREON**<br><br>**Date:** June 12, 2012<br>**Time:** 10:30 a.m.<br>**Courtroom:** 7 |
|---|---|

The parties hereto, by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Mike Brendel had a previously scheduled (and paid for) vacation out of the state and will not return until June 12, 2012.

WHEREAS, the Settlement Conference hearing is scheduled for June 12, 2012 at 10:30 a.m. before the Honorable Sheila K. Oberto.

WHEREAS, the Confidential Settlement Conference Statements are to be filed on June 5, 2012.

WHEREAS, based upon the agreement of Colorado Boat Broker, Inc., and Mike Brendel, dba MB Sports to continue the Settlement Conference Hearing to June 19, 2012 at 10:30 a.m. before the Honorable Sheila K. Oberto.

1  WHEREAS, based upon the continued hearing date the Confidential Settlement Conference Statements are to be filed on June 12, 2012.

Based upon the above recitals, which are hereby incorporated into the stipulation by reference.

IT IS HEREBY STIPULATED by and between the parties hereto that the Settlement Conference hearing will be continued to June 19, 2012 at 10:30 a.m.

IT IS FURTHER STIPULATED that the Confidential Settlement Conference Statements will be submitted on June 12, 2012.

DATED:  June 6, 2012          BELLAVIA GENTILE & ASSOCIATES

By:  /S/ Steve Blatt
     Steve Blatt
     Attorneys for Plaintiff Colorado
     Boat Broker, Inc. D/B/A Colorado
     Boat Center

Dated: June 6, 2012           LANG, RICHERT & PATCH, P.C.

By:  /S/ Jay Kelly
     Robert L. Patch, II
     Jay M. Kelly
     Attorneys for Defendant
     MIKE BRENDEL D/B/A
     MB SPORTS

**ORDER**

IT IS SO ORDERED.

**Dated:   June 6, 2012**           **/s/ Sheila K. Oberto**
                            UNITED STATES MAGISTRATE JUDGE