# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLORADO BOAT BROKER INC., | CASE NO. CV F 11-1457 LJO SKO |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** (Doc. 27.) |
| vs. | |
| MIKE BRENDEL, | |
| Defendant. / | |

The parties disobeyed this Court's June 19, 2012 order to file appropriate papers, no later than July 17, 2012, to dismiss or conclude this action in its entirety. The parties have fail to show good cause why the action has not been dismissed. As such, this Court ORDERS the parties, no later than July 24, 2012, to file papers to show good cause why this Court should not impose sanctions, including monetary sanctions or dismissal with or without prejudice, against the parties and/or their counsel for failure to comply with the June 19, 2012 order. This order to show cause will be discharged if, no later than July 24, 2012, the parties file appropriate papers to dismiss this action in its entirety. This Court ADMONISHES counsel and the parties that they must observe and obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   July 18, 2012**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE