UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLORADO BOAT BROKER, INC., <br><br>             Plaintiff, <br><br>    vs. <br><br> MIKE BRENDEL, <br><br>             Defendant. <br> _____/ | CASE NO. CV F 11-1457 LJO SKO <br><br> **ORDER AFTER SETTLEMENT** <br> (Doc. 38.) |

The parties' counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than September 7, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety. Given the parties' delay to complete settlement, this Court will grant no extension to dismiss this action. This Court will set a scheduling conference to reset discovery, motion and trial dates if this action is not timely dismissed.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   August 10, 2012**                   /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE