**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLORADO BOAT BROKER, INC., | CASE NO. CV F 11-1457 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 43.) |
| MICHAEL BRENDEL, | |
| Defendant. | |
| _____/ | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1.    DISMISSES with prejudice this entire action;

2.    VACATES all pending matters; and

3.    DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:    September 10, 2012          /s/ Lawrence J. O'Neill**
                                UNITED STATES DISTRICT JUDGE

1